IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

OMOGONO SANDOVAL                                                                    PLAINTIFF
Reg. #12670-112

V.                                    NO.  2:06cv00017 JMM

LINDA SANDERS, Warden,                                                         DEFENDANTS
FCI, Forrest City, AR, et al

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, without prejudice.

IT IS SO ORDERED this __5__ day of __February__, 2007.


_____
UNITED STATES DISTRICT JUDGE